

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00531-CV

Yvonne **OCANAS**,
Appellant

v.

Jose J. **OCANAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18248
Honorable David A. Canales, Judge Presiding

## O R D E R

The reporter's record in this appeal was due October 6, 2016, but was not filed. On October 11, 2016, this court notified Luis Duran Jr. by letter that he is the court reporter responsible for timely filing the reporter's record, and the record had not been filed.[1]  Our notice required Mr. Duran to file the record no later than November 10, 2016, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Mr. Duran was required to file a notice so advising the court no later than October 21, 2016.  We received no response to our letter.

Accordingly, we **ORDER** Luis Duran Jr. to file the reporter's record in this court on or before **December 21, 2016**.  Mr. Duran is advised that if the record is not received by this date, we may order him to appear and show cause why he should not be held in contempt.  We further **order** the clerk of this court to serve this order on **Luis Duran Jr.** by certified mail, return receipt requested, and by first class United States mail.  Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," *see* TEX .R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

---

[1] We also advised court reporter Decline Benavides, by letter of the same date, that her portion of the record was overdue.  In response, Ms. Benavides advised the court that the portion of the record she was responsible for has not been requested by appellant.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.



Keith E. Hottle
Clerk of Court